IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELODY ALLMOND,<br><br>            Plaintiff,<br><br>     v.<br><br>INTEGRAL SENIOR LIVING, L.L.C.,<br>and DOES 1-50,<br><br>            Defendants. | 2:05-cv-01378-GEB-GGHFM<br><br><u>ORDER RE SETTLEMENT</u><br><u>AND DISPOSITION</u> |

On September 1, 2005, Defendant's counsel filed a "Notice of Settlement Pursuant to Local Rule 16-160" which indicates this case has settled. The parties have until 4:30 p.m. on September 22, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. <u>See</u> L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

DATED: September 1, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge